STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, IN THE INTEREST OF E. K., DEFENDANT-APPELLANT.

Argued September 14, 1970—Decided September 28, 1970.

*Mr. John M. Cannel,* Assistant Deputy Public Defender, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Archibald Kreiger,* Assistant Prosecutor, argued the cause for respondent (*Mr. Joseph D. J. Gourley,* Passaic County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Kilkenny in the Appellate Division, 108 *N. J. Super.* 417.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.